No. 05–488. VIRGILIO, PERSONAL REPRESENTATIVE OF VIR-GILIO, ET AL. *v.* CITY OF NEW YORK, NEW YORK, ET AL. C. A. 2d Cir. Motion of Henry J. Hyde et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 05–514. BEARD, SECRETARY, PENNSYLVANIA DEPART-MENT OF CORRECTIONS, ET AL. *v.* LAIRD. C. A. 3d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 04–10264. COLVIN *v.* CURTIS, WARDEN, *ante,* p. 843;

No. 05–101. BRADSHAW, WARDEN *v.* RICHEY, *ante,* p. 74;

No. 05–5063. GODFREY *v.* DRETKE, DIRECTOR, TEXAS DE-PARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante,* p. 880;

No. 05–5105. MOYA FELICIANO *v.* FLORIDA, *ante,* p. 883;

No. 05–5267. HARRIS *v.* SMITH ET AL., *ante,* p. 892;

No. 05–5283. HART *v.* UNITED STATES, *ante,* p. 893;

No. 05–5409. HIGGS *v.* HANKS, SUPERINTENDENT, WABASH VALLEY CORRECTIONAL FACILITY, *ante,* p. 901;

No. 05–5423. GARDNER *v.* CROSBY, SECRETARY, FLORIDA DE-PARTMENT OF CORRECTIONS, *ante,* p. 902;

No. 05–5763. HARPER *v.* GAMBLE ET AL., *ante,* p. 946; and

No. 05–7176. PRICE *v.* UNITED STATES, *ante,* p. 1049. Peti-tions for rehearing denied.

JANUARY 19, 2006

No. 05–8710 (05A659). SIMPSON *v.* NORTH CAROLINA. Gen. Ct. Justice, Super. Ct. Div., Rockingham County, N. C. Applica-tion for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Cer-tiorari denied.

JANUARY 20, 2006

No. 05–398. ORTIZ *v.* ESPINOSA-ORGANISTA. C. A. 10th Cir. Certiorari dismissed under this Court's Rule 46.